**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| WILLIAM MICHAEL DEWITT, | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:25-CV-00560 |
| | § | |
| TRINITY LOGISTICS, INC. | § | |
| | § | |
| **Defendant.** | § | |

## DEFENDANT'S NOTICE OF REMOVAL

Defendant Trinity Logistics, Inc. ("Defendant") files this Notice of Removal of this action

from the 342nd District Court, Tarrant County, Texas to the United States District Court for the

Northern District of Texas, Fort Worth Division, the District and Division encompassing the state

court in which this action is pending. This Notice of Removal is filed pursuant to 28 U.S.C. §§

1332, 1441 and 1446. In support thereof, Defendant respectfully shows this Court as follows:

## I.    INTRODUCTION

Plaintiff William Michael DeWitt ("Plaintiff") filed the underlying lawsuit on January 17,

2025, in the 342nd Judicial District Court of Tarrant County, Texas, styled *William Michael DeWitt*

*v. Trinity Logistics, Inc.,* Cause No. 342-361035-25 (the "State Court Action").

Plaintiff's Original Complaint (the "Complaint") asserts purported causes of action arising

from his employment with Defendant for alleged whistleblower retaliation, defamation, breach of

agreement, criminal harassment and property destruction, and false advertising.

## II.   COMPLIANCE WITH REMOVAL STATUTE

### A.   Timeliness of Removal

Defendant was served with this lawsuit on May 6, 2025 and May 13, 2025.  This Notice is being filed with this Court within thirty (30) days of the first date on which Defendant was served. Accordingly, this Notice of Removal is timely filed under 28 U.S.C. § 1446(b)(1).

### B.   Venue

This Notice of Removal is properly filed in the United States District Court for the Northern District of Texas, Fort Worth Division, pursuant to 28 U.S.C. § 1446(a), because the District Court of Tarrant County, Texas, where the State Court Action was filed, is located in this federal judicial district and division. See 28 U.S.C. §124(a)(1).

### C.   Notice of Removal

Written notice of the filing of this Notice of Removal will be provided to Plaintiff, and a copy of this Notice of Removal will be filed with the Clerk of the 342nd Judicial District Court of Tarrant County, Texas, where the State Court Action was filed, as required by 28 U.S.C. § 1446(d).

### D.   Accompanying Documents

Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all process, pleadings, and orders in the State Court Action are included in Defendant's Appendix to Removal, filed contemporaneously herewith.  In addition, a completed Federal Civil Cover Sheet, Supplemental Civil Cover Sheet, and removal fee accompany this Notice of Removal.

## III.   BASIS FOR REMOVAL – DIVERSITY JURISDICTION

This action is removable to this Court pursuant to 28 U.S.C. §§ 1441(b) and 1446 in that it is an action over which the District Courts of the United States have original jurisdiction under 28 U.S.C. §§ 1332 (diversity).  A party may seek to remove claims to federal court in civil actions

"between citizens of different States if the amount in controversy exceeds $75,000." *Flagg v. Stryker Corp.*, 819 F.3d 132, 135 (5th Cir. 2016). As discussed below, there is complete diversity of citizenship between Plaintiff and Defendant, and the amount in controversy exceeds $75,000, exclusive of interest and costs.

### A.    Complete Diversity of Citizenship Exists Between Plaintiff and Defendant

As stated in the Complaint, Plaintiff was employed by Defendant in Euless, Texas. (Complaint, section IV). Plaintiff states in his Complaint that he is a former resident of Texas. (Complaint, section II). The Citation and signature page of the Complaint list the current address for Plaintiff as 2375 W. Wilk Hwy., Hawks, Michigan, 49743. Therefore, Plaintiff was at the time of filing this action and, on information and belief, still is an individual who resides in and who is a citizen of the State of Michigan (Citation and Complaint, signature page). Accordingly, for diversity purposes, Plaintiff is a citizen of the State of Michigan.

Defendant Trinity Logistics, Inc. was incorporated in Delaware with its principal place of business in Seaford, Delaware, at the time the Complaint was filed and at the time of this removal.[1] Therefore, Defendant is a citizen of the State of Delaware at all material times and for purposes of this removal.

### B.    Amount in Controversy

A removing party can satisfy the amount in controversy requirement where it is apparent from the face of the complaint that the claims exceed $75,000. *See Manguno v. Prudential Prop. & Cas. Ins. Co.*, 276 F.3d 720, 723 (5th Cir. 2002). Here, the Complaint expressly states that Plaintiff is seeking alleged damages in excess of $25 million, including back pay in the amount of

---

[1] Plaintiff admits in the Complaint that Defendant is headquartered in Seaford, Delaware. (Complaint, page 1 and section II).

$150,000, front pay in the amount of $250,000, economic damages in the amount of $250,000, and punitive damages in the amount of $25 million. (Complaint, section VI).

Accordingly, because this action is wholly between citizens of different states and because the amount in controversy exceeds $75,000 exclusive of interest and costs, this Court has original jurisdiction pursuant to 28 U.S.C. § 1332(a)(1). Therefore, this action is removable pursuant to 28 U.S.C. § 1441.

Respectfully submitted,

By:    */s/ David A. Scott*
       Paul E. Hash
       Texas State Bar No. 09198020
       Paul.Hash@jacksonlewis.com
       David A. Scott
       Texas State Bar No. 17894515
       David.Scott@jacksonlewis.com

       JACKSON LEWIS P.C.
       500 N. Akard
       Suite 2500
       Dallas, Texas  75201
       Telephone:  (214) 520-2400
       Fax:  (214) 520-2008

       **ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document has been forwarded to Plaintiff *pro se* in accordance with the Federal Rules of Civil Procedure, via certified mail and U.S. mail, on the 27th day of May, 2025, as follows:

William Michael DeWitt
2375 W. Wilk Highway
Hawks, MI 49743
Michael85dewitt@gmail.com


*/s/ David A. Scott*
David A. Scott

---