IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| WILLIAM MICHAEL DEWITT, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 4:25-cv-00560-O-BP |
| § | |
| TRINITY LOGISTICS, INC., *et. al.*, § | |
| § | |
| Defendants. § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge (ECF No. 35) and Plaintiff's objections thereto (ECF No. 36), in accordance with 28 U.S.C. § 636(b)(1), the undersigned Chief United States District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that Defendant Jennifer Braun's Motion to Dismiss for Lack of Personal Jurisdiction is **DENIED**, and Defendants' Motion to Dismiss for Failure to State a Claim is **GRANTED**. Specifically, Plaintiff William Michael DeWitt's:

    a. Title VII Retaliation claim against Defendants Jake Lafferty, Derek Wise, Ethan Trexler, Megan Morgan, and Jennifer Braun is **DISMISSED with prejudice**.

    b. Title VII Retaliation claim against Defendants Trinity Logistics, Inc. ("Trinity") and Burris Logistics, Inc. ("Burris") is **DISMISSED** with leave to amend DeWitt's amended complaint to plead facts demonstrating timely compliance with the relevant administrative procedures.

c. Sarbanes-Oxley Whistleblower Retaliation claim against Trinity and Burris is **DISMISSED** with leave to amend DeWitt's amended complaint to plead facts demonstrating timely compliance with the relevant administrative procedures.

d. Title VII claim for workplace harassment / hostile work environment against Jake Lafferty, Derek Wise, and Ethan Trexler is **DISMISSED with prejudice**.

e. Title VII claim for workplace harassment / hostile work environment against Trinity is **DISMISSED** with leave to amend DeWitt's amended complaint to plead facts demonstrating timely compliance with the relevant administrative procedures.

f. Claim under the Texas Penal Code for criminal harassment against Jake Lafferty, Derek Wise, Ethan Trexler, Megan Morgan, and Jennifer Braun is **DISMISSED with prejudice**.

g. Defamation claim against Trinity, Jake Lafferty, Derek Wise, Ethan Trexler, Megan Morgan, and Jennifer Braun is **DISMISSED** with leave to amend DeWitt's amended complaint to plead facts demonstrating a timely defamation claim against Trinity and Jennifer Braun.

h. Intentional infliction of emotional distress claim against Trinity, Burris, Jake Lafferty, Derek Wise, Ethan Trexler, Megan Morgan, and Jennifer Braun is **DISMISSED with prejudice**.

i. Trespass to chattels claim against Trinity, Jake Lafferty, Derek Wise, and Ethan Trexler is **DISMISSED with prejudice**.

j. Negligence / conversion claim against Trinity is **DISMISSED with prejudice**.

k. Breach of contract claim against Trinity is **DISMISSED with prejudice**.

      l.   Claim for "Failure to Enforce Internal Policies" against Trinity and Burris is **DISMISSED with prejudice**.

As to the claims for which the Court granted Plaintiff leave to amend in paragraphs b., c., e., and g. above, Plaintiff may file a Second Amended Complaint on or before fourteen days from the date of this Order. If he fails to do so, the Court will dismiss those claims by separate order.

**SO ORDERED** on this **28th day** of **January, 2026**.

_/s/ Reed O'Connor_
Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**