**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **WILLIAM MICHAEL DEWITT,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | Civil Action No. 4:25-cv-00560-O-BP |
| | § | |
| **TRINITY LOGISTICS, INC.,** *et. al.*, | § | |
| | § | |
| **Defendants.** | § | |

## FINAL JUDGMENT

This Judgment is issued pursuant to Fed. R. Civ. P. 58(a).

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is **ORDERED**, **ADJUDGED**, and **DECREED** that:

1.    Plaintiff's Complaint is **DISMISSED** without prejudice.

2.    The taxable costs of court, as calculated by the clerk of court, shall be borne by the party incurring such costs.

3.    The clerk shall transmit a true copy of this Judgment, together with a true copy of the Order accepting the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, to the parties.

**SO ORDERED** on this **15th day** of **May, 2026.**


_____
Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**